IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARET MORRIS,** | : |
| **Plaintiff,** | : |
| v. | : CIVIL ACTION |
| **LIVING INDEPENDENTLY FOR ELDERS -UNIVERSITY OF PENNSYLVANIA PROGRAM, et al.,** | : NO. 14-5050 |
| **Defendants.** | : |

# ORDER

**AND NOW**, this __4th___ day of September, 2014, upon consideration of Plaintiff's Emergency Motion to Proceed Pro Se (Doc. 5) and Plaintiff's Emergency Motion for Appointment of Counsel (Doc. 8), **IT IS HEREBY ORDERED** that Plaintiff's motions are **DENIED**.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**